**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6234

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH LEE BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior District Judge.  (7:04-cr-00027-HMH-1)

Submitted:  April 10, 2025                      Decided:  April 14, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Lee Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Brown appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. He also moves to seal the record in this appeal and several of his prior appeals. We deny the motion to seal the records. Upon review, we find no abuse of discretion or reversible error in the district court's denial of Brown's motion for compassionate release. *See United States v. Moody*, 115 F.4th 304, 315 (4th Cir. 2024) (reiterating that district court has broad discretion in weighing 18 U.S.C. § 3553(a) factors); *United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review). Accordingly, we affirm the district court's order. *United States v. Brown*, No. 7:04-cr-00027-HMH-1 (D.S.C. Feb. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2